**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 309 WAL 2021
                                               :
            Respondent                     :
                                               :   Petition for Allowance of Appeal
                                                 :   from the Order of the Superior Court
               v.                                   :
                                                 :
                                                 :
KYLA FERGUSON,                                  :
                                                 :
            Petitioner                       :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.